UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| MARIA BURCHFIELD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:16-cv-00444-JAW |
| ) | |
| NANCY A. BERRYHILL, Acting ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision filed March 3, 2017 (ECF No. 17), the Recommended Decision is accepted.

Accordingly, is hereby ORDERED that the Plaintiff's Complaint (ECF No. 1) be and hereby is DISMISSED without prejudice.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 28th day of March, 2017